**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-01906 SRC |
| STATE, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

### Memorandum and Order

This matter is before the Court on Plaintiff Joseph Michael Devon Engel's motion for leave to proceed *in forma pauperis* on appeal.  Doc. 5.  When the Court dismissed this action on January 21, 2021, the Court stated that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that Engel now seeks appellate review of any issue that is not frivolous.  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Further, Engel has engaged in the practice of repeatedly filing meritless lawsuits in this Court.  At this time, he has filed over one-hundred lawsuits in this Court, which is an abuse of the judicial process.  As of this date, over twenty of his lawsuits have been dismissed as frivolous, malicious and/or for failure to state a claim.  *See* 28 U.S.C. § 1915.

For the above stated reasons, the Court denies Engel's motion to proceed *in forma pauperis* on appeal.  The Court further orders that Engel shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 11th day of February, 2021.

SL R. CR
_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE